461 A.2d 872

Commonwealth v. Holmes, Appellant.

Submitted April 26, 1983.   Joseph S.U. Bodoff, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Order affirmed.